■ HAROLD POLLOCK, Appellant, v. RUSSELL E. LOWELL, INC., et al., Respondents.— In an action to recover damages for injury to person and property, plaintiff appeals from an order of the Supreme Court, Nassau County, dated February 19, 1959, denying his motion for leave to serve an amended complaint. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GREEN, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered December 3, 1959, after a jury trial, convicting him of assault in the second degree, and sentencing him, as a third felony offender, to serve a term of two and one-half to five years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMIL WALTER KARPPINEN, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 17, 1960, upon his plea of guilty, convicting him of attempted forgery in the second degree, and sentencing him, as a second felony offender, to serve a term of two and one-half to five years. Defendant's only contention on this appeal is that the sentence is excessive. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN ROSSMAN, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated July 21, 1960, denying without a hearing his *coram nobis* application to vacate a judgment of said court, rendered March 1, 1960 on his plea of guilty, convicting him of petit larceny, and sentencing him to serve an indefinite term in the New York City Penitentiary. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ MORRIS WEISS, Respondent, v. HARRY ZUCKER, Appellant.— In an action to recover money due on a series of promissory notes, defendant appeals from an order of the Supreme Court, Kings County, dated October 19, 1960, denying his motion to stay further proceedings in the action pending arbitration. Order affirmed, with $10 costs and disbursements. No opinion. Defendant's time to answer the complaint is extended until 20 days after entry of the order hereon. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## (January 17, 1961)

■ GERTRUDE GOTTLIEB, Appellant, v. AMERICAN AIRLINES, INC., et al., Respondents.— Motion by the Association of Casualty and Surety Companies for permission to file a brief as *amicus curiæ*, granted. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.